Alfred H. Siegel
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
Telephone: (818) 325-8441
Facsimile: (818) 501-7040

Chapter 7 Trustee



FILED 2/19/10
FEB 19 2010
UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

ANNETTE GOODE PARKER,

Debtor.

Case No.: 2:01-BK-30943 RS

CHAPTER 7

NOTICE OF UNCLAIMED DIVIDEND(S)
(FRBP 3011)

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Please find annexed hereto Check No. 131 the sum of $2,431.05, representing the total amount of unclaimed dividend(s) in the above-entitled Debtor's estate, which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend is as follows:

| *Check No.* | *Name and Address* | *Amount* |
|---|---|---|
| 122 | Household Finance Corp.<br>P.O. Box 9055<br>Brandon, FL 33509-9055 | $1,635.55 |

///
///

| | | | |
|---|---|---|---|
| 1 | 126 | Ann Taylor<br>P.O. Box 1304<br>New Haven, CT 06505-1304 | 506.71 |
| 4 | 129 | SMC c/o Saks Fifth Avenue<br>P.O. Box 67<br>Chanhassen, MN 55317 | 288.79 |

Dated: February __, 2010

_____
Alfred H. Siegel, Trustee

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15233 Ventura Boulevard, Ninth Floor, Sherman Oaks, California 91403.

On February 19, 2010, I served the foregoing document described as:

**NOTICE OF UNCLAIMED DIVIDEND(S)**

on the interested parties in this action by placing

____ the original

_X_ a true copy thereof enclosed in a sealed envelope addressed as follows:

Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

_X_ (BY MAIL) I deposited such envelope with postage thereon fully prepaid in the United States mail at Sherman Oaks, California.

____ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

____ (BY FACSIMILE TRANSMISSION) I caused to be transmitted to the following party(ies) at the telephone numbers listed:

Executed on February 19, 2010, at Sherman Oaks, California.

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (FEDERAL) I declare that I am employed in the office of Alfred H. Siegel, at whose direction the service was made.

_____
QUYNH NGUYEN

1